UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TAREK MENTOURI, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00876 |
| | ) JUDGE RICHARDSON |
| MASSAGE LUXE INTERNATIONAL, LLC, | ) |
| Defendant. | ) |

## ORDER

Plaintiff Tarek Mentouri, a pro se Tennessee resident, filed a Complaint against Massage Luxe International, LLC, under the Americans with Disabilities Act of 1990. However, Plaintiff did not pay the civil filing fee. On November 29, 2021, the Court ordered Plaintiff to submit, within thirty days, either the full civil filing fee or an application to proceed in forma pauperis. (Doc. No. 5). However, Plaintiff has not responded to the Court's Order in any way.

Because Plaintiff has not paid the filing fee, this lawsuit may not proceed on the merits in federal court. 28 U.S.C. § 1914. Furthermore, this action is subject to dismissal for want of prosecution and failure to comply with the Court's Order. Fed. R. Civ. P. 41(b); *Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008) (citing *Knoll v. AT&T*, 176 F.3d 359, 362-63 (6th Cir. 1999)); *see also Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013) ("It is well settled that a district court has the authority to dismiss sua sponte a lawsuit for failure to prosecute."); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962) (recognizing "the power of courts, acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief").

For these reasons, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE